**B1 (Official Form 1)(12/07)**

| United States Bankruptcy Court<br>Eastern District of North Carolina-Wilson Division | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Connecticut Avenue Partners, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>DBA Days Hotel | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>20-4379386 | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>925 Broad Street<br>New Bern, NC               ZIP Code 28560-4831 | Street Address of Joint Debtor (No. and Street, City, and State):               ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Craven | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):               ZIP Code | Mailing Address of Joint Debtor (if different from street address):               ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**    THIS SPACE IS FOR COURT USE ONLY
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Connecticut Avenue Partners, LLC |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Connecticut Avenue Partners, LLC |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X  /s/ Trawick H. Stubbs, Jr.
Signature of Attorney for Debtor(s)
  Trawick H. Stubbs, Jr. 4221
Printed Name of Attorney for Debtor(s)
  Stubbs & Perdue, P.A.
Firm Name
  PO Box 1654
  New Bern, NC 28563
_____
Address

  252-633-2700
Telephone Number
  December 18, 2007
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ John W. R. Bradley
Signature of Authorized Individual
  John W. R. Bradley
Printed Name of Authorized Individual
  Manager/Member
Title of Authorized Individual
  December 18, 2007
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of North Carolina-Wilson Division

In re   Connecticut Avenue Partners, LLC     Case No.
                          Debtor(s)            Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Wyndham Hotel Group<br>Franchise Administration<br>1 Sylvan Way<br>Parsippany, NJ 07054 | Wyndham Hotel Group<br>Franchise Administration<br>1 Sylvan Way<br>Parsippany, NJ 07054 | | | 124,113.94 |
| Internal Revenue Service<br>Attn: Insolvency I<br>320 Federal Place<br>Greensboro, NC 27402 | Internal Revenue Service<br>Attn: Insolvency I<br>320 Federal Place<br>Greensboro, NC 27402 | | | 94,789.89 |
| Colson Services Corp.<br>Attn: Manager or Agent<br>4 NY Plaza, 17th Fl<br>New York, NY 10004 | Colson Services Corp.<br>Attn: Manager or Agent<br>4 NY Plaza, 17th Fl<br>New York, NY 10004 | | | 73,853.09 |
| Craven County Tax Coll.<br>Attn: Managing Agent<br>226 Pollock Street<br>New Bern, NC 28560 | Craven County Tax Coll.<br>Attn: Managing Agent<br>226 Pollock Street<br>New Bern, NC 28560 | Ad Valorem & Occupancy Tax | | 68,429.77 |
| N.C. Dept. of Revenue<br>Attn: Managing Agent<br>P.O. Box 25000<br>Raleigh, NC 27640 | N.C. Dept. of Revenue<br>Attn: Managing Agent<br>P.O. Box 25000<br>Raleigh, NC 27640 | | | 66,376.82 |
| Bank of America<br>Attn: Manager or Agent<br>412 S Front St.<br>New Bern, NC 28560 | Bank of America<br>Attn: Manager or Agent<br>412 S Front St.<br>New Bern, NC 28560 | | | 48,489.18 |
| Bank of America<br>Attn: Manager or Agent<br>PO Box 60073<br>City Of Industry, CA 91716-0073 | Bank of America<br>Attn: Manager or Agent<br>PO Box 60073<br>City Of Industry, CA 91716-0073 | | | 47,127.80 |
| American Express<br>Attn: Manager or Agent<br>PO Box 360001<br>Ft. Lauderdale, FL 33336 | American Express<br>Attn: Manager or Agent<br>PO Box 360001<br>Ft. Lauderdale, FL 33336 | | | 34,340.57 |
| Bank of America<br>Attn: Manager or Agent<br>PO Box 1758<br>Newark, NJ 07101 | Bank of America<br>Attn: Manager or Agent<br>PO Box 1758<br>Newark, NJ 07101 | | | 26,368.32 |

In re  Connecticut Avenue Partners, LLC  Case No. 

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| City of New Bern Tax<br>Attn: Managing Agent<br>PO Box 1129<br>New Bern, NC 28563 | City of New Bern Tax<br>Attn: Managing Agent<br>PO Box 1129<br>New Bern, NC 28563 | Ad Valorem Tax | | 9,759.73 |
| American Express<br>Attn: Manager or Agent<br>PO Box 360001<br>Ft. Lauderdale, FL 33336 | American Express<br>Attn: Manager or Agent<br>PO Box 360001<br>Ft. Lauderdale, FL 33336 | | | 4,608.32 |
| American Hotel Register<br>Attn: Manager or Agent<br>PO Box 94150<br>Palatine, IL 60094-4150 | American Hotel Register<br>Attn: Manager or Agent<br>PO Box 94150<br>Palatine, IL 60094-4150 | | | 4,573.65 |
| Arch Professional Group<br>Attn: Manager or Agent<br>260 Blue Hills Parkway<br>Milton, MA 02186 | Arch Professional Group<br>Attn: Manager or Agent<br>260 Blue Hills Parkway<br>Milton, MA 02186 | | | 3,401.00 |
| Max 6004, Inc.<br>Attn: Manager or Agent<br>PO Box 14687<br>New Bern, NC 28561 | Max 6004, Inc.<br>Attn: Manager or Agent<br>PO Box 14687<br>New Bern, NC 28561 | | | 3,000.00 |
| Country-Aire Rental, Inc.<br>Attn: Manager or Agent<br>5459 HWY 70 W<br>Morehead City, NC 28557 | Country-Aire Rental, Inc.<br>Attn: Manager or Agent<br>5459 HWY 70 W<br>Morehead City, NC 28557 | | | 2,461.78 |
| Pittard Perry Crone<br>Attn: Manager or Agent<br>PO Box 1547<br>New Bern, NC 28563 | Pittard Perry Crone<br>Attn: Manager or Agent<br>PO Box 1547<br>New Bern, NC 28563 | | | 2,450.50 |
| American International Co<br>Attn: Manager or Agent<br>22427 Network Place<br>Chicago, IL 60673-1224 | American International Co<br>Attn: Manager or Agent<br>22427 Network Place<br>Chicago, IL 60673-1224 | | | 2,150.00 |
| Vistagraphics, Inc.<br>Attn: Manager or Agent<br>1264 Perimeter Pkwy<br>Virginia Beach, VA 23454 | Vistagraphics, Inc.<br>Attn: Manager or Agent<br>1264 Perimeter Pkwy<br>Virginia Beach, VA 23454 | | | 2,080.50 |
| Indep Elevator Service<br>Attn: Manager or Agent<br>6102 HWY 258 S<br>Deep Run, NC 28525 | Indep Elevator Service<br>Attn: Manager or Agent<br>6102 HWY 258 S<br>Deep Run, NC 28525 | | | 1,824.00 |
| A G Salem & Associates<br>Attn: Manager or Agent<br>PO Box 1675<br>New Bern, NC 28563-1675 | A G Salem & Associates<br>Attn: Manager or Agent<br>PO Box 1675<br>New Bern, NC 28563-1675 | | | 1,242.41 |

In re    Connecticut Avenue Partners, LLC                                    Case No.
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager/Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   December 18, 2007             Signature   /s/ John W. R. Bradley
                                                 John W. R. Bradley
                                                 Manager/Member

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Eastern District of North Carolina-Wilson Division

In re    Connecticut Avenue Partners, LLC    Case No.
                              Debtor(s)      Chapter    11

## VERIFICATION OF CREDITOR MATRIX

I, the Manager/Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    December 18, 2007            /s/ John W. R. Bradley
                                      John W. R. Bradley/Manager/Member
                                      Signer/Title

Software Copyright (c) 1996-2001 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

| | | |
|---|---|---|
| CONNECTICUT AVENUE PARTNERS, LLC<br>925 BROAD STREET<br>NEW BERN, NC 28560-4831 | TRAWICK H. STUBBS, JR.<br>STUBBS & PERDUE, P.A.<br>PO BOX 1654<br>NEW BERN, NC 28563 | SECRETARY OF TREASURY<br>ATTN: MANAGING AGENT<br>1500 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20220 |
| BRANCH OF REORGANIZATION<br>ATTN: MANAGING AGENT<br>3475 LENOX ROAD NE #1000<br>ATLANTA, GA 30326 | INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | EMPLOYMENT SECURITY COM.<br>ATTN: MANAGING AGENT<br>PO BOX 25903<br>RALEIGH, NC 27611 |
| NC DEPT. OF REVENUE<br>ATTN: MANAGING AGENT<br>PO BOX 25000<br>RALEIGH, NC 27640 | UNITED STATES ATTORNEY<br>310 NEW BERN AVENUE<br>FEDERAL BLDG SUITE 800<br>RALEIGH, NC 27601-1461 | A G SALEM & ASSOCIATES<br>ATTN: MANAGER OR AGENT<br>PO BOX 1675<br>NEW BERN, NC 28563-1675 |
| ACCERIS COMMUNICATIONS<br>ATTN: MANAGER OR AGENT<br>PO BOX 31001-0381<br>PASADENA, CA 91110-0381 | ADAMS BUSINESS MACHINES<br>ATTN: MANAGER OR AGENT<br>2110 TRENT BLVD.<br>NEW BERN, NC 28560 | AMERICAN EXPRESS<br>ATTN: MANAGER OR AGENT<br>PO BOX 360001<br>FT. LAUDERDALE, FL 33336 |
| AMERICAN HOTEL REGISTER<br>ATTN: MANAGER OR AGENT<br>PO BOX 94150<br>PALATINE, IL 60094-4150 | AMERICAN INTERNATIONAL CO<br>ATTN: MANAGER OR AGENT<br>22427 NETWORK PLACE<br>CHICAGO, IL 60673-1224 | AMERICAN SAFETY PRODUCTS<br>ATTN: MANAGER OR AGENT<br>2885 ELECTRONIC DR #D15<br>MELBOURNE, FL 32935 |
| ARCH PROFESSIONAL GROUP<br>ATTN: MANAGER OR AGENT<br>260 BLUE HILLS PARKWAY<br>MILTON, MA 02186 | ARNOLD PLUMBING<br>ATTN: MANAGER OR AGENT<br>1901 WILSON ST.<br>NEW BERN, NC 28560 | BANK OF AMERICA<br>ATTN: MANAGER OR AGENT<br>412 S FRONT ST.<br>NEW BERN, NC 28560 |
| BANK OF AMERICA<br>ATTN: MANAGER OR AGENT<br>PO BOX 1758<br>NEWARK, NJ 07101 | BANK OF AMERICA<br>ATTN: MANAGER OR AGENT<br>PO BOX 60073<br>CITY OF INDUSTRY, CA 91716-0073 | BOGIE HARDWARE INC.<br>ATTN: MANAGER OR AGENT<br>913 LARIMER AVE.<br>NORTH VERSAILLES, PA 15137 |
| JOHN BRADLEY<br>1610 TRENT BLVD.<br>NEW BERN, NC 28560 | CAROLINA PHYSICAL THERAPY<br>ATTN: MANAGER OR AGENT<br>740 NEWMAN RD<br>NEW BERN, NC 28562 | CINTAS CORPORATION<br>ATTN: MANAGER OR AGENT<br>97627 EAGLE WAY<br>CHICAGO, IL 60678-7627 |
| CITY OF NEW BERN TAX<br>ATTN: MANAGING AGENT<br>PO BOX 1129<br>NEW BERN, NC 28563 | COASTAL RADIOLOGY<br>ATTN: MANAGER OR AGENT<br>720 NEWMAN ROAD<br>NEW BERN, NC 28562-2038 | COLSON SERVICES CORP.<br>ATTN: MANAGER OR AGENT<br>4 NY PLAZA, 17TH FL<br>NEW YORK, NY 10004 |

| | | |
|---|---|---|
| COMMTRAK ARC/IATA<br>ATTN: MANAGER OR AGENT<br>17493 NASSAU COMMONS<br>LEWES, DE 19958 | CONSOLIDATED LAUNDRY<br>ATTN: MANAGER OR AGENT<br>530 MAYWOOD AVE.<br>RALEIGH, NC 27603 | COUNTRY-AIRE RENTAL, INC.<br>ATTN: MANAGER OR AGENT<br>5459 HWY 70 W<br>MOREHEAD CITY, NC 28557 |
| COURTESY PRODUCTS LLC<br>ATTN: MANAGER OR AGENT<br>PO BOX 17488<br>SAINT LOUIS, MO 63178-7488 | CRAVEN AG SERVICES, INC.<br>ATTN: MANAGER OR AGENT<br>2115 HWY 55 W<br>NEW BERN, NC 28562 | CRAVEN COUNTY TAX COLL.<br>ATTN: MANAGING AGENT<br>226 POLLOCK STREET<br>NEW BERN, NC 28560 |
| CRAVEN REGIONAL MEDICAL<br>ATTN: MANAGER OR AGENT<br>PO BOX 12157<br>NEW BERN, NC 28560 | ECOLAB INSTITUTIONAL SVCS<br>ATTN: MANAGER OR AGENT<br>PO BOX 905327<br>CHARLOTTE, NC 28290 | ECOLAB PEST ELIMINATION<br>ATTN: MANAGER OR AGENT<br>PO BOX 6007<br>GRAND FORKS, ND 58206-6007 |
| EMP OF CRAVEN COUNTY PLLC<br>ATTN: MANAGER OR AGENT<br>PO BOX 714137<br>COLUMBUS, OH 43271-4137 | G&P HEATING & AC<br>ATTN: MANAGER OR AGENT<br>760 ANTICOCH RD.<br>NEW BERN, NC 28560 | GALLERY COLLECTION (THE)<br>ATTN: MANAGER OR AGENT<br>PO BOX 360<br>RIDGEFIELD PARK, NJ 07660-0360 |
| GDS<br>ATTN: MANAGER OR AGENT<br>PO BOX 9001706<br>LOUISVILLE, KY 40290-1706 | INDEP ELEVATOR SERVICE<br>ATTN: MANAGER OR AGENT<br>6102 HWY 258 S<br>DEEP RUN, NC 28525 | INDEPENDENCE COMM<br>ATTN: MANAGER OR AGENT<br>100 MAYPATCH RD SUITE D<br>JACKSONVILLE, NC 28546 |
| INTERNAL REVENUE SERVICE<br>ATTN: INSOLVENCY I<br>320 FEDERAL PLACE<br>GREENSBORO, NC 27402 | INTRACOASTAL COMM.<br>ATTN: MANAGER OR AGENT<br>5514 HWY 70 WEST<br>MOREHEAD CITY, NC 28557 | JAMES CLAYTON ASSOC.<br>ATTN: MANAGER OR AGENT<br>PO BOX 3198<br>NEW BERN, NC 28564 |
| LARABEE ELECTRICAL CONTR.<br>ATTN: MANAGER OR AGENT<br>1034 TEBO ROAD<br>NEW BERN, NC 28562 | LION DISTRIBUTING, INC.<br>ATTN: MANAGER OR AGENT<br>PO BOX 565<br>REISTERSTOWN, MD 21136-0565 | MAX 6004, INC.<br>ATTN: MANAGER OR AGENT<br>PO BOX 14687<br>NEW BERN, NC 28561 |
| MEHTA GROUP, INC.<br>ATTN: MANAGING AGENT<br>4129 HOWELL PARK RD<br>DULUTH, GA 30096-1731 | MIDWEST BUSINESS CAPITAL<br>ATTN: MANAGING AGENT<br>1550 OLD HENDERSON RD 150<br>COLUMBUS, OH 43220 | MOORE'S LAWN EXPRESS<br>ATTN: MANAGER OR AGENT<br>3804 WINDY TRAIL<br>NEW BERN, NC 28560 |
| N.C. DEPT. OF REVENUE<br>ATTN: MANAGING AGENT<br>P.O. BOX 25000<br>RALEIGH, NC 27640 | NATIONALTELECOMMUNICATION<br>ATTN: MANAGER OR AGENT<br>520 BROAD ST.<br>NEWARK, NJ 07102 | NEW BERN CHAMBER OF COM.<br>ATTN: MANAGER OR AGENT<br>316 S FRONT ST<br>NEW BERN, NC 28560 |

NEW BERN ORTHOPAEDIC
ATTN: MANAGER OR AGENT
800 HOSPITAL DR, STE 7
NEW BERN, NC 28560-3497

ONE SOURCE
ATTN: MANAGING AGENT
PO BOX 8385
GREENVILLE, NC 27835

OWEN G. DUNN CO.
ATTN: MANAGER OR AGENT
PO BOX 13216
NEW BERN, NC 28561-3216

PIEDMONT COCA-COLA BOTTL
ATTN: MANAGING AGENT
PO BOX 751302
CHARLOTTE, NC 28275-1302

PITTARD PERRY CRONE
ATTN: MANAGER OR AGENT
PO BOX 1547
NEW BERN, NC 28563

QUICK BADGE & SIGN CO.
ATTN: MANAGER OR AGENT
PO BOX 468
GRESHAM, OR 97030

RECOGNITION SPECIALTIES
ATTN: MANAGER OR AGENT
1710 HARBECK RD
GRANTS PASS, OR 97527

RELIANT COMPUTERS
ATTN: MANAGER OR AGENT
4311 ALCOVE AVE
STUDIO CITY, CA 91604

ROBERT FINKEL & ASSOC.
ATTN: MANAGER OR AGENT
60 WALNUT ST 4TH FL
WELLESLEY HILLS, MA 02481

ROYAL FLUSH
ATTN: MANAGER OR AGENT
1210 HIGHLAND AVE
NEW BERN, NC 28562

SAFEMARK SYSTEMS, LP
ATTN: MANAGER OR AGENT
PO BOX 102008
ATLANTA, GA 30368-2008

SELECTIVE INS. CO.
ATTN: MANAGER OR AGENT
BOX 371468
PITTSBURGH, PA 15250

SMALL BUSINESS ADMIN
C/O US ATTORNEY
310 NEW BERN AV STE 800
RALEIGH, NC 27601-1461

CHANNING STEELE
24129 HEATHER HILL PLACE
ALDIE, VA 20105-2383

TEC ELECTRICAL
ATTN: MANAGER OR AGENT
411 FLANNERS BEACH RD
NEW BERN, NC 28560

THE INSURANCE CENTER
ATTN: MANAGER OR AGENT
1320 COMMERCE DRIVE
NEW BERN, NC 28560

TRAVELER DISCOUNT GUIDE
ATTN: MANAGER OR AGENT
4205 NORTHWEST SIXTH ST
GAINESVILLE, FL 32609

USA TODAY
ATTN: MANAGER OR AGENT
8702 RED OAK BLVD STED
CHARLOTTE, NC 28217-4831

VISTAGRAPHICS, INC.
ATTN: MANAGER OR AGENT
1264 PERIMETER PKWY
VIRGINIA BEACH, VA 23454

WALGREEN COMPANY
ATTN: MANAGER OR AGENT
PO BOX 90484
CHICAGO, IL 60696-0484

WYNDHAM HOTEL GROUP
FRANCHISE ADMINISTRATION
1 SYLVAN WAY
PARSIPPANY, NJ 07054