UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **CONNECTICUT AVENUE** ) | |
| **PARTNERS, LLC** ) | |
| ) | Case No.:   07-04806-8-RDD |
| ) | |
| **Debtor** ) | Chapter 11 |

### MOTION OF THE BANKRUPTCY ADMINISTRATOR TO CONVERT DEBTOR'S CASE TO ONE UNDER CHAPTER 7 PURSUANT TO 11 U.S.C. §1112(b), OR IN THE ALTERNATIVE, DISMISS CASE

NOW COMES the Bankruptcy Administrator for the Eastern District of North Carolina respectfully moves this Court for an Order converting Debtor's case to one under Chapter 7 or, in the alternative, dismissing the Debtor's case pursuant to 11 U.S.C. §1112 (b) and in support thereof shows unto the court the following:

1. The Debtor filed a petition for relief under Chapter 11 of the Bankruptcy Code on December 18, 2007. The Debtor's Plan of Reorganization was confirmed on August 1, 2008.

2. The Debtor's Quarterly Fees for the period December 31, 2008 have not been paid as required by Local Bankruptcy Rule 4002-1 (b).

3. Pursuant to 11 U.S.C. §1112, the Court shall convert or dismiss a Debtor's case if the Movant establishes cause for such conversion or dismissal. Section 1112(b)(4) provides that cause may include the unexcused failure to satisfy timely any filing or reporting requirement established by this title or by and rule applicable to a case under this chapter.

WHEREFORE, the Bankruptcy Administrator requests the following:

1. That the Court enter an Order converting the Debtor's case to one under Chapter 7 for cause pursuant to 11 U.S.C. §1112(b); and

2. That the Court grant such other and further relief as it deems just and proper.

Respectfully submitted, this the 27th day of February, 2009.

                                         By:    /s/ *Marjorie K. Lynch*
                                                     Marjorie K Lynch
                                                     Bankruptcy Administrator

Eastern District of North Carolina
P.O. Box 3758
Wilson, NC 27895
(252) 237-6854

**CERTIFICATE OF SERVICE**

       I, Lesley A. Cavenaugh, of Post Office Box 3758, Wilson, North Carolina, 27895-3758, certify:

       That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

       That on the 27th day of February, 2009, I served copies of the foregoing document on the following:

Trawick H. Stubbs, Jr.
George M. Oliver
Stubbs & Perdue, P.A.
PO Drawer 1654
New Bern, NC 28563

Laurie B. Biggs
Stubbs & Perdue, P.A.
8450 Falls of Neuse Rd., Ste.206
Raleigh, N.C. 27615
by cm/ecf

Connecticut Avenue Partners, LLC
925 Broad Street
New Bern, N.C. 28560-4831
by depositing a copy thereof in an envelope bearing sufficient postage in the United States mail.

       I certify under penalty of perjury that the foregoing is true and correct.

       Dated this 27th day of February, 2009.

               By:  _/s/Lesley A. Cavenaugh_
                   Lesley A. Cavenaugh
                   Assistant to Bankruptcy Administrator

Eastern District of North Carolina
P.O. Box 3758
Wilson, NC 27895
(252) 237-6854