VAN–081 Order Converting Chapter 11 Corporate – Rev. 04/02/2008

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
Connecticut Avenue Partners, LLC
925 Broad Street
New Bern, NC 28560–4831

CASE NO.: 07–04806–8–RDD

DATE FILED: December 18, 2007

TaxID: 20–4379386

CHAPTER: 7

ORDER CONVERTING CHAPTER 11 CASE
TO A CASE UNDER CHAPTER 7

IT IS ORDERED:

1. That this chapter 11 case is converted to a chapter 7 case;

2. That this order constitutes an order for relief in a chapter 7 case;

3. That the debtor(s) by and through its officer, **John W.R. Bradley**, file with the court, within fifteen (15) days from the date of this order, a schedule of debts incurred after commencement of this case under chapter 11;

4. That the debtor(s) immediately turn over all records and property of the estate in its possession or control to the trustee upon his appointment;

5. That the debtor(s) file with the court a final report and account of the chapter 11 estate, listing receipts and disbursements and disposition of any property. The debtor(s) must serve a copy on the bankruptcy administrator and chapter 7 trustee within thirty (30) days from the date of this order.

DATED: April 22, 2009

Randy D. Doub
United States Bankruptcy Judge