UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

IN THE MATTER OF:                                    CASE NUMBER:

**CONNECTICUT AVENUE PARTNERS, LLC**                 07-04806-8-RDD

DEBTOR(S)                                            (CHAPTER 7)

AMENDED NOTICE OF MOTION

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the Motion, or if you want the court to consider your views on the motion, then on or before fourteen (14) days from the date of this notice, unless otherwise ordered, you or your attorney must file with the court, a written response, an answer explaining your position, and a request for hearing at:

United States Bankruptcy Court
1760-A Parkwood Blvd.
Wilson, NC. 27894

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:

Bankruptcy Administrator
PO Box 3758
Wilson, NC 27894

Craven County Tax Collector
Attn: Managing Agent
226 Pollock Street
New Bern, NC 28560

City of New Bern Tax
Attn: Managing Agent
PO Box 1129
New Bern, NC 28563

Trawick H. Stubbs, Jr.
Attorney at Law
PO Drawer 1654
New Bern, NC 28563

Connecticut Avenue Partners, LLC
25 Alpine Street
Boston, MA 02126

Mehta Group, Inc.
Attn: Managing Agent
4129 Howell Park Road
Duluth, GA 30096-1731

Small Business Administration
c/o US Attorney
Attn: Managing Agent
310 New Bern Ave, Ste 800
Raleigh, NC 27601

Arey W. Grady, Esq.
Attorney for Five Points Lodging, LLC
416 Pollock Street
New Bern, NC 28560


John C. Bircher III
WHITE & ALLEN, P.A.
P.O. Drawer U
New Bern, NC  28562


If a response and a request for hearing is filed in writing on or before the date set above, a hearing will be conducted on the motion.


If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting the relief.


Date: April 9, 2010                              Signature: /s/ John C. Bircher III
                                                            John C. Bircher III

CERTIFICATE OF SERVICE

I, John C. Bircher III, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 9th day of April, 2010 I served a copy of the Motion to Deem Buyer/Assignee in Default and Motion for Re-Sale and Amended Notice of Motion:

Marjorie K. Lynch, Esq.
Bankruptcy Administrator
PO Box 3758
Wilson, NC 27894

Craven County Tax Collector
Attn: Managing Agent
226 Pollock Street
New Bern, NC 28560

City of New Bern Tax
Attn: Managing Agent
PO Box 1129
New Bern, NC 28563

Trawick H. Stubbs, Jr.
Attorney at Law
PO Drawer 1654
New Bern, NC 28563

Connecticut Avenue Partners, LLC
25 Alpine Street
Boston, MA 02126

Mehta Group, Inc.
Attn: Managing Agent
4129 Howell Park Road
Duluth, GA 30096-1731

Small Business Administration
c/o US Attorney
Attn: Managing Agent
310 New Bern Ave, Ste 800
Raleigh, NC 27601

Midwest Business Capital
Attn: Managing Agent
1550 Old Henderson Rd 150
Columbus OH, 43220

Arey W. Grady, Esq.
Attorney for Five Points Lodging LLC
416 Pollock Street
New Bern, NC 28560

Sanmukh Patel
846 Brodwell Street
Hinesville, GA 31313

Peter Patel
607 Kempton Drive
Greenville, NC 27834

Rudy Renfer, Esq.
Civil Chief
Office of the U.S. Attorney
310 New Bern Avenue
Room 800
Raleigh, NC 27601

ATTACHED MAILING MATRIX

by depositing same in the United States mail, first class, postage prepaid.

I certify under penalty of perjury that the foregoing is true and correct.

This the 9th day of April, 2010.

/s/ John C. Bircher III
John C. Bircher III
WHITE & ALLEN, PA
Attorneys for the Trustee
1319 Commerce Drive
Post Office Drawer U
New Bern, NC 28563
NC State Bar No. 24119
252.638.5792

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0417-8<br>Case 07-04806-8-RDD<br>Eastern District of North Carolina<br>Wilson<br>Thu Apr  8 15:36:56 EDT 2010 | A.G. Salem & Associates PLLC<br>210 Craven Street<br>New Bern, NC 28560-2152 | Bankruptcy Administrator<br>Post Office Box 3758<br>Wilson, NC 27895-3758 |
| Connecticut Avenue Partners, LLC<br>925 Broad Street<br>New Bern, NC 28560-4831 | Kellum Law Firm<br>445A Western Blvd.<br>Jacksonville, NC 28546-6852 | NC Employment Security Commission<br>PO Box 26504<br>Raleigh, NC 27611-6504 |
| Safemark Systems, L.P.<br>2101 Park Center Drive<br>Suite 125<br>Orlando, FL 32835-7610 | U. S. Bankruptcy Court<br>1760 A Parkwood Blvd.<br>Wilson, NC 27893-3588 | A G Salem & Associates<br>Attn: Manager or Agent<br>PO Box 1675<br>New Bern, NC 28563-1675 |
| Acceris Communications<br>Attn: Manager or Agent<br>PO Box 31001-0381<br>Pasadena, CA 91110-0381 | Adams Business Machines<br>Attn: Manager or Agent<br>2110 Trent Blvd.<br>New Bern, NC 28560-5326 | American Express<br>Attn: Manager or Agent<br>PO Box 360001<br>Ft. Lauderdale, FL 33336-0001 |
| American Hotel Register<br>Attn: Manager or Agent<br>PO Box 94150<br>Palatine, IL 60094-4150 | American Hotel Register Co.<br>100 S. Milwaukee Ave.<br>Vernon Hills, IL 60061-4322 | American International Co<br>Attn: Manager or Agent<br>22427 Network Place<br>Chicago, IL 60673-0001 |
| American Safety Products<br>Attn: Manager or Agent<br>2885 Electronic Dr #D15<br>Melbourne, FL 32935-2164 | Angela Homberg<br>1001 Simmons Street<br>New Bern,NC 28560-4301 | Arch Professional Group<br>Attn: Manager or Agent<br>260 Blue Hills Parkway<br>Milton, MA 02186-1529 |
| Arnold Plumbing<br>Attn: Manager or Agent<br>1901 Wilson St.<br>New Bern, NC 28560-4535 | Bank of America<br>Attn: Manager or Agent<br>412 S Front St.<br>New Bern, NC 28560-2132 | Bank of America<br>Attn: Manager or Agent<br>PO Box 1758<br>Newark, NJ 07101 |
| Bank of America<br>Attn: Manager or Agent<br>PO Box 60073<br>City Of Industry, CA 91716-0073 | Bank of America, N.A.<br>Attn: Mr. M-BK<br>1000 Samoset Drive<br>DE5-023-03-03<br>Newark, DE 19713-6000 | Bobby Matthews<br>910 Tatum Drive<br>New Bern,NC 28560-4342 |
| Bogie Hardware Inc.<br>Attn: Manager or Agent<br>913 Larimer Ave.<br>North Versailles, PA 15137-2145 | Branch of Reorganization<br>ATTN: Managing Agent<br>3475 Lenox Road NE #1000<br>Atlanta, GA 30326-3235 | Carolina Physical Therapy<br>Attn: Manager or Agent<br>740 Newman Rd<br>New Bern, NC 28562-5238 |
| Channing Steele<br>24129 Heather Hill Place<br>Aldie, VA 20105-2383 | Cintas Corporation<br>Attn: Manager or Agent<br>97627 Eagle Way<br>Chicago, IL 60678-7627 | City of New Bern Tax<br>Attn: Managing Agent<br>PO Box 1129<br>New Bern, NC 28563-1129 |

Clifford Hill
2717A Oakland Avenue
New Bern, NC 28560-2639

Coastal Radiology
Attn: Manager or Agent
720 Newman Road
New Bern, NC 28562-5238

Colson Services Corp.
Attn: Manager or Agent
4 NY Plaza, 17th Fl
New York, NY 10004

Commtrak ARC/IATA
Attn: Manager or Agent
17493 Nassau Commons
Lewes, DE 19958-6283

Consolidated Laundry
Attn: Manager or Agent
530 Maywood Ave.
Raleigh, NC 27603-2290

Contractors Bonding and Insurance Company
P.O. Box 9271
Seatle, WA 98109-0271

Country-Aire Rental, Inc.
Attn: Manager or Agent
5459 HWY 70 W
Morehead City, NC 28557-4511

Courtesy Products LLC
Attn: Manager or Agent
PO Box 17488
Saint Louis, MO 63178-7488

Craven AG Services, Inc.
Attn: Manager or Agent
2115 HWY 55 W
New Bern, NC 28562-8621

Craven County Tax Coll.
Attn: Managing Agent
226 Pollock Street
New Bern, NC 28560-4981

Craven Regional Medical
Attn: Manager or Agent
PO Box 12157
New Bern, NC 28561-2157

Days Inns Worldwide, Inc.
C/O Forman Holt Eliades & Ravin LLC
Attn: Davis s. Catuogno, Esq.
80 Route 4 East
Paramus, New Jersey 07652-2647

Deborah Scott
P2318 Craven Terrace
New Bern, NC 28560-4727

Delphine Scott
915 Cedar Drive
New Bern, NC 28560-4795

EMP of Craven County PLLC
Attn: Manager or Agent
PO Box 714137
Columbus, OH 43271-4137

Ecolab Institutional Svcs
655 Lone Oak Drive
Bldg. A-1
Eagan, MN 55121-1649

Ecolab Pest Elimination
Attn: Manager or Agent
PO Box 6007
Grand Forks, ND 58206-6007

Ecolab, Inc.
655 Lone Oak Drive
Bldg. A-1
Eagan, MN 55121-1649

Employment Security Com.
ATTN: Managing Agent
PO Box 25903
Raleigh, NC 27611-5903

Esther Griffin
1106 Karen Drive Apt. E
New Bern, NC 28562-2421

Esther Griffin
c/o: David J. Haidt, Esquire
P.O. Box 1544
New Bern, NC 28563-1544

G&P Heating & AC
Attn: Manager or Agent
760 Anticoch Rd.
New Bern, NC 28560-9522

GDS
Attn: Manager or Agent
PO Box 9001706
Louisville, KY 40290-1706

Gabriel Steiger
910 Tatum Drive
New Bern, NC 28560-4342

Gallery Collection (The)
Attn: Manager or Agent
PO Box 360
Ridgefield Park, NJ 07660-0360

Holloway & Company
d/b/a CertaPro Painters
503 McGlamery St.
Oak Island, NC 28465-8004

Indep Elevator Service
Attn: Manager or Agent
6102 HWY 258 S
Deep Run, NC 28525-9756

Independence Comm
Attn: Manager or Agent
100 Maypatch Rd Suite D
Jacksonville, NC 28546-5713

Intercoastal Communications
PMB 222
1939 High House Road
Cary, NC 27519-8452

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Intracoastal Comm.
Attn: Manager or Agent
5514 Hwy 70 West
Morehead City, NC 28557-4517

James Clayton Assoc.
Attn: Manager or Agent
PO Box 3198
New Bern, NC 28564-3198

James L. Cayton Assoc., Inc.
PO Box 3198
New Bern, NC 28564-3198

Jericho Marrero
2406 Griffin Avenue
Apt B
New Bern,NC 28562-5375

John Bradley
1610 Trent Blvd.
New Bern, NC 28560-4676

LaShawn Reed
202 Ashwood Court
Havelock,NC 28532-3215

Larabee Electrical Contr.
Attn: Manager or Agent
1034 Tebo Road
New Bern, NC 28562-8750

Leon Grant
814 Bern Street Apt 14
New Bern,NC 28560-3903

Lion Distributing, Inc.
Attn: Manager or Agent
PO Box 565
Reisterstown, MD 21136-0565

Marcus Smith
108 Elaine Drive
Vanceboro,NC 28586-7624

Max 6004, Inc.
Attn: Manager or Agent
1106 Tomlinson Blvd.
New Bern,NC 28562-2255

Mehta Group, Inc.
Attn: Managing Agent
4129 Howell Park Rd
Duluth, GA 30096-1731

Midwest Business Capital
Attn: Managing Agent
1550 Old Henderson Rd 150
Columbus, OH 43220-3626

Midwest Business Capital
c/o Robert A. Cox, Jr.
100 N. Tryon Street, Suite 2900
Charlotte, NC 28202-4022

Moore's Lawn Express
Attn: Manager or Agent
3804 Windy Trail
New Bern, NC 28560-2773

N.C. Dept. of Revenue
Attn: Managing Agent
P.O. Box 25000
Raleigh, NC 27640-0100

NC Dept. of Revenue
ATTN: Managing Agent
PO Box 25000
Raleigh, NC 27640-0100

NationalTelecommunication
Attn: Manager or Agent
520 Broad St.
Newark, NJ 07102-3121

New Bern Chamber of Com.
Attn: Manager or Agent
316 S Front St
New Bern, NC 28560-2134

New Bern Orthopaedic
Attn: Manager or Agent
738 Newman Road
New Bern,NC 28562-5238

North Carolina Department of Revenue
Bankruptcy Unit
PO Box 1168
Raleigh, NC  27602-1168

One Source
Attn: Managing Agent
PO Box 8385
Greenville, NC 27835-8385

Owen G. Dunn Co.
Attn: Manager or Agent
PO Box 13216
New Bern, NC 28561-3216

Piedmont Coca-Cola Bottl
ATTN: Managing Agent
PO Box 751302
Charlotte, NC 28275-1302

Pittard Perry Crone
Attn: Manager or Agent
PO Box 1547
New Bern, NC 28563-1547

Quick Badge & Sign Co.
Attn: Manager or Agent
PO Box 468
Gresham, OR 97030-0101

Recognition Specialties
Attn: Manager or Agent
1710 Harbeck Rd
Grants Pass, OR 97527-5610

Reliant Computers
Attn: Manager or Agent
4311 Alcove Ave
Studio City, CA 91604-1576

Robert Finkel & Assoc.
Attn: Manager or Agent
60 Walnut St 4th Fl
Wellesley Hills, MA 02481-2151

Royal Flush
Attn: Manager or Agent
1210 Highland Ave
New Bern, NC 28562-5832

| | | |
|---|---|---|
| Safemark Systems, LP<br>Attn: Manager or Agent<br>PO Box 102008<br>Atlanta, GA 30368-2008 | Secretary of Treasury<br>ATTN: Managing Agent<br>1500 Pennsylvania Ave NW<br>Washington, DC 20220-0001 | Selective Ins. Co.<br>Attn: Manager or Agent<br>Box 371468<br>Pittsburgh, PA 15250-7468 |
| Small Business Admin<br>c/o US Attorney<br>310 New Bern Av Ste 800<br>Raleigh, NC 27601-1441 | Stubbs & Perdue, P.A.<br>PO Box 1654<br>New Bern, NC 28563-1654 | TEC Electrical<br>Attn: Manager or Agent<br>411 Flanners Beach Rd<br>New Bern, NC 28560-9425 |
| The Insurance Center<br>Attn: Manager or Agent<br>1320 Commerce Drive<br>New Bern, NC 28562-2212 | ThyssenKrupp Elevator<br>2440 Whitehall Park Dr., Ste. 500<br>Charlotte, NC 28273-3952 | Traveler Discount Guide<br>Attn: Manager or Agent<br>4205 Northwest Sixth St<br>Gainesville, FL 32609-1747 |
| Trawick H. Stubbs, Jr.<br>Stubbs & Perdue, P.A.<br>PO Box 1654<br>New Bern, NC 28563-1654 | USA Today<br>Attn: Manager or Agent<br>8702 Red Oak Blvd SteD<br>Charlotte, NC 28217-5912 | United States Attorney<br>310 New Bern Avenue<br>Federal Bldg Suite 800<br>Raleigh, NC 27601-1441 |
| Vistagraphics, Inc.<br>Attn: Manager or Agent<br>1264 Perimeter Pkwy<br>Virginia Beach, VA 23454-5689 | Walgreen Company<br>Attn: Manager or Agent<br>PO Box 90484<br>Chicago, IL 60696-0484 | Wyndham Hotel Group<br>Franchise Administration<br>1 Sylvan Way<br>Parsippany, NJ 07054-3887 |
| Amy M. Currin<br>Stubbs & Perdue, P.A.<br>P.O. Drawer 1654<br>New Bern, NC 28563-1654 | (p)JOHN C BIRCHER III<br>WHITE & ALLEN PA<br>1319 COMMERCE DRIVE<br>PO DRAWER U<br>NEW BERN NC 28563-8520 | John W.R. Bradley<br>925 Broad Street<br>New Bern, NC 28560-4831 |
| Laurie B. Biggs<br>Stubbs & Perdue, PA<br>8450 Falls of Neuse Road<br>Suite 206<br>Raleigh, NC 27615-3549 | Trawick H Stubbs Jr.<br>Stubbs & Perdue, P.A.<br>P. O. Drawer 1654<br>New Bern, NC 28563-1654 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>Attn: Insolvency I<br>320 Federal Place<br>Greensboro, NC 27402 | (d)Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | John C. Bircher III<br>White & Allen, PA<br>1319 Commerce Drive<br>PO Drawer U<br>New Bern, NC 28562 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Country Boys Auction & Realty Co., Inc. | (u)Days Inn Worldwide Inc. | (u)Days Inn Worldwide, Inc.<br>c/o Daniel M. Eliades<br>via CM/ECF |
| (u)Internal Revenue Service | (u)Midwest Business Capital | (d)Connecticut Avenue Partners, LLC<br>925 Broad Street<br>New Bern, NC 28560-4831 |
| (d)John Bradley<br>1610 Trent Boulevard<br>New Bern,NC 28560-4676 | (d)NC Employment Security Commission<br>PO Box 26504<br>Raleigh NC 27611-6504 | (u)John R. Bradley |

End of Label Matrix
Mailable recipients   109
Bypassed recipients     9
Total                 118